BEFORE THE THIRD DIVISION, APRIL 5, 1946

**No. 51001.**—Protests 114444–K, etc., of W. F. Mackay (Pembina).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51002.**—Protests 114456–K, etc., of W. F. Mackay (Pembina).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51003.**—Protest 24720–K of F. W. Woolworth Co. (Philadelphia).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty.

APRIL 5, 1946

**No. 51004.**—Protests 968101–G/11482, etc., of Thompson-Hayward Chemical Co. C. D. 978. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 10, 1946

**No. 51005.**—Protest 98540–K of Judson Sheldon Corp. (New York).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the beef-liver extract passed upon in *United States* v. *Judson Sheldon Corp.* (33 C. C. P. A. 73, C. A. D. 318). In accordance therewith the merchandise was held entitled to free entry under paragraph 1669 as claimed.

**No. 51006.**—Protests 120351–K, etc., of Guzofsky Kalinsky, Inc. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.